## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal Case 1:18–po–00919 |
| | § | |
| Luis Alberto Ramirez–Fuentes | § | |

### ORDER FINDING PROBABLE CAUSE

The Court, having reviewed the complaint, signed under perjury by the issuing officer, together with supporting affidavits and/or other factual information, finds probable cause to believe that an offense has been committed and that the defendant committed it.

DONE at Brownsville, Texas, on **May 16, 2018**.

_____
Ignacio Torteya, III
United States Magistrate Judge